# EXHIBIT D

**Subject:** today's deposition
**From:** Lynn Tincher-Ladner <lynn.tincher-ladner@ptk.org>
**Date:** 11/22/24, 1:02 PM
**To:** George Boggs <george.r.boggs@gmail.com>, "Daniel J. Phelan" <PhelanDanielJ@jccmi.edu>, Mary Linder <linderm@grayson.edu>

Everyone,

Christin Grissom (who I terminated for lying to me) is testifying under oath this morning that she questions my ethics on the number and amount of scholarships available for PTK students, and she is saying that she vehemently disagreed with me about the calculation of the scholarships available to members. She said she was only doiing what she was told...etc.

I am sitting here trying not to have a stroke, because we cannot ask questions until the very end of the deposition. When we do, Jonathan is going to have her read this email aloud.

-Lynn



FIFTH-ANNUAL VIRTUAL FUNDRAISING RACE

Go the Extra Mile for PTK!
**Lynn Tincher-Ladner, Ph.D. (she/her)**
President and CEO
Phi Theta Kappa Honor Society
ptk.org / ccsmart.org

—Attachments:—————————————————————————

9.2.21 email re Sumati and scholarship calculations.pdf                    1.5 MB